UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| MELISSA BURRIS,<br>            Plaintiff,<br><br>      vs.<br><br>TRANS UNION, LLC, a Delaware<br>limited liability company; and<br>ALLY FINANCIAL, INC., a<br>Delaware company;<br>            Defendants. | CASE NO. 2:17-cv-12399-DPH-SDD<br><br>Judge Denise Page Hood<br>Magistrate Judge Stephanie Dawkins Davis |

_____

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION, LLC, ONLY**
_____

    Plaintiff Melissa Burris, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Melissa Burris against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

    IT IS, THEREFORE, ORDERED that all claims of Plaintiff Melissa Burris against Defendant Trans Union, LLC only are dismissed, with prejudice.  Plaintiff

and Trans Union, LLC shall each bear their own costs and attorneys' fees.


Dated:  October 19, 2017         s/Denise Page Hood
                                 Chief Judge, U. S. District Court

                                 **I consent to the entry of this order**:


Date:  October 10, 2017          *s/ Gary D. Nitzkin* (with consent)
                                 Gary D. Nitzkin, Esq.
                                 Carl Schwartz, Esq.
                                 Nitzkin & Associates
                                 22142 West Nine Mile Road
                                 Southfield, MI  48033
                                 Telephone:  248-353-2882
                                 Fax:  248-213-6397
                                 E-Mail:  gnitzkin@creditor-law.com
                                          carl@micreditlawyer.com

                                 *Counsel for Plaintiff Melissa Burris*


Date:  October 10, 2017          *s/ Scott E. Brady*
                                 Laura K. Rang, Esq.  (IN #26238-49-A)
                                 Scott E. Brady, Esq. (IN #30534-49)
                                 Schuckit & Associates, P.C.
                                 4545 Northwestern Drive
                                 Zionsville, IN  46077
                                 Telephone:  317-363-2400
                                 Fax: 317-363-2257
                                 E-Mail:  lrang@schuckitlaw.com
                                 E-Mail:  sbrady@schuckitlaw.com

                                 *Counsel for Trans Union, LLC*