UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BURRIS,

    Plaintiff,

v.

TRANS UNION, LLC, a Delaware limited liability company; and
ALLY FINANCIAL, INC., a Delaware company,

    Defendants.

Case No. 17-cv-12399

Honorable Denise Page Hood
Magistrate Stephanie Davis Dawkins

## **STIPULATED ORDER OF DISMISSAL AS TO ALLY FINANCIAL, INC.**

This matter having come before the Court upon the stipulation of the Plaintiff Melissa Burris and Defendant Ally Financial, Inc., through their respective counsel, and the Court being otherwise fully advised in the premises, Defendant Ally Financial, Inc. is dismissed with prejudice and without costs or attorneys' fees.

**IT IS HEREBY ORDERED** that Defendant Ally Financial, Inc. is dismissed with prejudice and without costs or attorneys' fees.

s/Denise Page Hood  
Honorable Denise Page Hood  
Chief Judge, U.S. District Court Court

Dated:  October 31, 2017

*We hereby stipulate to entry of the foregoing Order*

| CREDIT REPAIR LAWYERS OF AMERICA | DICKINSON WRIGHT PLLC |
|---|---|
| /s/Carl Schwartz (w/consent) | /s/Scott A. Petz |
| Gary D. Nitzkin (P41155) | Scott A. Petz (P70757) |
| Travis Shackelford (P68710) | 2600 West Big Beaver Road, Suite 300 |
| Carl Schwartz (P70335) | Troy, MI  48084 |
| 22142 West Nine Mile Road | (248) 433-7200 |
| Southfield, MI  48033 | Email:  spetz@dickinsonwright.com |
| (248) 353-2882 | |
| Email:  carl@crlam.com | Alma Sobo (P81177) |
| carl@micreditlawyer.com | 500 Woodward Avenue, Ste. 4000 |
| *Attorneys for Plaintiff* | Detroit, MI 48226 |
| | (313) 223-3191 |
| | Email:  asobo@dickinsonwright.com |
| | |
| | *Attorneys for Ally Financial, Inc.* |